1. Phillip Lee Carson #091914
2. Arizona State Prison
3. POB 3200, A-14
4. Florence, AZ. 85132
5.
6. IN THE UNITED STATES DISTRICT COURT
7. FOR THE DISTRICT OF ARIZONA
8.
9. Phillip Lee Carson
10. Plaintiff,
11. -vs-                           Case No. CV-17-01641 PHX-
12. Charles Ryan                              ROS-(BSB)
13. Mike Linderman
14. Mr. Vicklund                    Correction of
15. Defendants et. al.              Clerical error in
16.                                 "Original Complaint"
17.
18. Plaintiff corrects his Original Complaint for
19. "Clerical Errors" at:
20. 1) pg. 8 - "By not allowed to observe kashrus Ⓚ"
21.     should be -
22.     "By allowed to observe kashrus Ⓚ"
23. 2) pg. 9 - "horn during 2016 PASSOVER"
24.     should be -
25.     "horn during 2016 Rash Ha Shana"
26. 3) pg 12 - "to that Kosher was important to him and
27.   a more than passing fancy"
28.     should be - "to as why Kosher was important
29. to him and more than just a ~~passing fancy~~".

pg 1 of 2

1. "Prisoner explained in the deepest way possible
2. how vital have kosher meals as part of his diet
3. (daily) is"
4. should be-
5. "Prisoner explained in the deepest way possible
6. how vital it is to him to have kosher meals as a
7. part of his (daily) diet."
8. pg. 4 - "Direct charles Ryan"
9. should be-
10. "Director charles Ryan"
11. "Prison gave Defendants"
12. should be-
13. "Prisoner gave Defendants"
14. pg 16 - "I declare under perjury"
15. should be-
16. "I declare under penalty of perjury"
17. pg. 17 - "(Court ordered)" should be "(court ordered; cv # 111 F.3d/674)
18. Therefore Plaintiff respectfully request
19. this Honourable Court to make above mentioned
20. corrects part of the record to correct any
21. misunderstandings in context of sentence.
22. Plaintiff is a Layman.
23.
24. Respectfully submitted this ___ day of
25. June, 2017 in Conjunction with Certificate
26. of Service for Declaration is support of
27.
28. x Phillip L. Corom
29.

pg. 2 of 2