1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    Phillip Lee Carson,                    No. CV-17-01641-PHX-ROS (BSB)
10                 Plaintiff,               **ORDER**
11   v.
12   Charles L Ryan, et al.,
13                 Defendants.
14
15          On July 13, 2018, Magistrate Judge Bridget S. Bade issued a Report and
16   Recommendation ("R&R") regarding Plaintiff's Amended Complaint.   (Doc. 163).
17   Plaintiff did not file any objections to the R&R.  Therefore, the R&R will be adopted in
18   full.
19          Accordingly,
20          **IT IS ORDERED** the Report and Recommendation (Doc. 163) is **ADOPTED**.
21          **IT IS FURTHER ORDERED** as follows:
22   1.  The October 19, 2017, screening order applies to Counts One through Thirteen of
23       the Amended Complaint, and the Amended Complaint does not revive any claims
24       that the Court previously dismissed.
25   2.  Counts Seventeen, Eighteen, Nineteen, and Twenty, are **DISMISSED**.   The
26       claims against Defendant Ryan that are alleged in Counts Fourteen, Fifteen, and
27       Sixteen are **DISMISSED**.
28   3.  Defendant Hernandez shall answer Count Fourteen, Defendant Erwin shall answer

Count Fifteen, and Defendant Ulibarri shall answer Count Sixteen.

**IT IS FURTHER ORDERED** the Motion for Reconsideration (Doc. 212) is **DENIED**.

**IT IS FURTHER ORDERED** the Magistrate Judge should direct service on any newly named defendant and issue a scheduling order to govern the disposition of the new claims.

Dated this 3rd day of October, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge